Virginia Department of Corrections

# Institutional Classification Authority Hearing

DOC-11H
DOC Location: Red Onion State Prison
Report generated by Jones, B N
Report run on 03/12/2026 at 12:14 PM

**Offender Name: Bowman, Sidney L** **DOC#: 1396143** **DOC Location: Red Onion State Prison** **Bed Assignment: C-3-308-B**

## Part I: ICA Referral Notice

You were scheduled to appear before the Institutional Classification Authority on or after 10/03/2023 for Internal Status

Comments: 90 Day ICA Hearing

Authorizing Staff Date & Time

Hearing Date: 10/04/2023

Offender Statement: " I'm infraction free. I am waiting for my privileges Closed status and to be housed in a cell with power sockets and get my IM 2 privileges.

Reporting Staff Comments: ICA recommends SL "S." Inmate Bowman did not waive the 48 hour notice. He participated in his formal hearing. Inmate Bowman will continue in present status IM2 with no progression due to pending charges and exhibiting disruptive behavior. He formerly was pending IM Closed pod. Inmate Bowman needs to maintain six months of infraction free behavior.

## Part II: Hearing Disposition

**Internal Status Review:**

The ICA recommends: Internal status change to Intensive Management 2

Rationale: ICA recommends SL "S." Inmate Bowman did not waive the 48 hour notice. He participated in his formal hearing. Inmate Bowman will continue in present status IM2 with no progression due to pending charges and exhibiting disruptive behavior. He formerly was pending IM Closed pod. Inmate Bowman needs to maintain six months of infraction free behavior.

ICA: Fleming, Jordan T Date: 10/13/2023

**Administrative Review:**

Decision: Approve Internal status change to Intensive Management 2

Collins, Larry R Date: 10/20/2023

Comments: Remain security level S. Inmate Bowman was pending moving to the IM-closed unit before a period of poor behavior. He will be reviewed for possible status reduction at the next status review meeting.

**APPENDIX F**

IM Privilege Levels

| | IM0 | IM1 | IM2 | Security Level 6 IM Closed Phase 1 | Security Level 6 IM Closed Phase 2 |
|---|---|---|---|---|---|
| Basic Requirements | • Religious Materials in cell<br>• Legal Materials in cell<br>• Programming in approved program areas | | | • Single Cell<br>• 3 Showers per week<br>• Approved out of cell activities | |
| Job Eligible | Ineligible | Ineligible | • Shower Sanitation<br>• History of safe job performance | • Barber<br>• Shower Sanitation<br>• Housekeeping<br>• Food Support Service<br>• History of safe job performance | • Barber<br>• Shower Sanitation<br>• Housekeeping<br>• Food Support Service<br>• History of safe job performance |
| Commissary | $25 per week Non-consumables | $15 per week Non-consumables $20 food items | $40 per week all inclusive | $50 per week all inclusive | $55 per week all inclusive |
| Library Books | 2 Bi-weekly | 3 Bi-weekly | 4 Bi-weekly | 5 Bi-weekly | 5 Bi-weekly |
| Video Visitation | As approved in accordance to Visitation Policy 851.1 | As approved in accordance to Visitation Policy 851.1 | As approved in accordance to Visitation Policy 851.1 | As approved in accordance to Visitation Policy 851.1 | As approved in accordance to Visitation Policy 851.1 |
| Phone Calls | 2 calls per month | 3 calls per month | 4 calls per month | 10 calls per month | 15 calls per month |
| TV in cell (from Commissary) | Ineligible | Eligible | Eligible | Eligible | Eligible |
| AM/FM Radio (eligible to purchase from Commissary) | Ineligible | Eligible | Eligible | Eligible | Eligible |
| Programming | In approved program areas | In approved program areas | In approved program areas | In approved program areas | In approved program areas |
| JP6 Player | Eligible | Eligible | Eligible | Eligible | Eligible |
| Structured Art and Art Contests (at designated intervals) | Ineligible | Ineligible | Ineligible | Eligible | Eligible |
| Structured Creative Writing Program | Ineligible | Ineligible | Ineligible | Eligible | Eligible |