IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

AUG 10 2026

LAURA A. AUSTIN, CLERK
BY: M.Poff
DEPUTY CLERK

SIDNEY LOWEL BOWMAN, Jr.,
Plaintiff

V.

Civil Action No.

LARRY Collins, et al
Defendants

# MOTION TO DISMISS DEFENDANT

Plaintiff, Sidney lowel Bowman Jr., Pro se, Move to have all claims against Amee Duncan Dismiss with prejudice after Further deliberation.

Date: July 26, 2026

Respectfully submitted,
[signature]

Sidney Lowel Bowman Jr #1396143
VADOC Centralized Mail Dist. Cntr.
3521 Woods Way
State Farm, VA 23160

Sidney Bowman #1306143
Red onion state Prison
P.O. Box 970
Pound VA 24279

VIRGINIA DEPARTMENT OF CORRECTIONS
HAS NEITHER CENSORED OR INSPECTED
ITEM THEREFORE, THE DEPARTMENT
DOES NOT ASSUME ANY RESPONSIBILITY
FOR ITS CONTENTS

CHARLOTTE NC LPC 281
6 AUG 2026 PM 03

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 24279 $ 000.78⁰
02 7W
0008039583 AUG 05 2026

RECEIVED
DATE
AUG 05 2026
MAILROOM

United States District Court
210 Franklin Road SW Suite 540
Roanoke, VA 24011-2208

RECEIVED
AUG 10 2026
USDC Clerk's Office
Mail Room

"Legal Mail"

24011-220840